IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| SANTURCE PHARMACEUTICAL CORPORATION | PLAINTIFF |
| VS. | CIVIL ACTION NO. 1:04CV254-D-A |
| SECRETARY OF HEALTH AND HUMAN SERVICES | DEFENDANT |

**FINAL JUDGMENT**

In accordance with the report and recommendation issued on August 1, 2005,

It is, hereby,

**ORDERED:**

1. The Report and Recommendation issued by the Magistrage Judge on August 1, 2005 is adopted; and

2. That the decision of the Secretary is AFFIRMED, and this case is DISMISSED with prejudice.

SO ORDERED AND ADJUDGED, this the ___16th___ day of ___August___, 2005.

_____
UNITED STATES DISTRICT JUDGE